CHRISTOPHER V. YERGENSEN, ESQ.
Nevada State Bar Number 6183
NEVADA ASSOCIATION SERVICES, INC.
6224 West Desert Inn Road
Las Vegas, NV 89146
Telephone:     (702) 804-8885
Facsimile:      (702) 804-8887
Email: chris@nas-inc.com

*Attorney for Defendant Nevada Association Services, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>                    Plaintiff,<br><br>vs.<br><br>ARTESIA OWNERS ASSOCIATION; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>                    Defendants. | CASE NO.: 2:16-cv-440<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT NEVADA ASSOCIATION SERVICES, INC. TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |

STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

(First Request)

The parties respectfully submit the following Stipulation to allow Defendant NEVADA ASSOCIATION SERVICES, INC. ("Defendant") thirty additional days from the date of entry of this order to file a responsive pleading to Plaintiff BANK OF AMERICA, N.A'S (hereinafter "Plaintiff"), Complaint filed on March 1, 2016.  Pursuant to Stipulation of the parties, Defendant shall have until April 29, 2016.

/ / /

/ / /

/ / /

/ / /

/ / /

1   This is the parties' first request for an extension.

2   DATED this 31st day of March, 2016.

3

4   By: /s/Steven G. Shevorski  By: /s/Christopher V. Yergensen
    Steven G. Shevorski, Esq.       Christopher V. Yergensen, Esq.
5   Nevada Bar No. 8256             Nevada Bar No. 6183
    Akerman, LLP                    Nevada Association Services, Inc.
6   1160 Town Center Drive, Suite 330  6224 West Desert Inn Road
7   Las Vegas, NV 89144             Las Vegas, NV 89146
    Telephone: 702-634-5000         Telephone: 702-804-8885
8   Facsimile: 702-380-8572         Facsimile: 702-804-8887
9   *Attorney for Plaintiff*        *Attorney for Defendant Nevada Association Services, Inc.*

**IT IS SO ORDERED:**

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**

**Dated:   April 13, 2016**