CHRISTOPHER V. YERGENSEN, ESQ.
Nevada State Bar Number 6183
NEVADA ASSOCIATION SERVICES, INC.
6224 West Desert Inn Road
Las Vegas, NV 89146
Telephone:     (702) 804-8885
Facsimile:      (702) 804-8887
Email: chris@nas-inc.com

*Attorney for Defendant Nevada Association Services, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>                     Plaintiff,<br><br>vs.<br><br>ARTESIA OWNERS ASSOCIATION; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>                     Defendants. | CASE NO.: 2:16-cv-440<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT NEVADA ASSOCIATION SERVICES, INC. TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br>**Second Request** |

STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

(Second Request)

The parties respectfully submit the following Stipulation to allow Defendant NEVADA ASSOCIATION SERVICES, INC. ("Defendant") thirty additional days from the date of entry of this order to file a responsive pleading to Plaintiff BANK OF AMERICA, N.A'S (hereinafter "Plaintiff"), Complaint filed on March 1, 2016.  Pursuant to Stipulation of the parties, Defendant shall have until June 1, 2016.

**Reason for this Request**

Nevada Association Services, Inc. ("NAS") and Bank of America (together with NAS, the "Parties") agreed to extend time to file responsive pleadings to allow NAS an opportunity to tender its defense to the Artesia HOA (the "Association") and allow the Association ample time to either accept

or reject NAS' tender.  Based on the Association's declination or failure to respond to NAS' tender, the Parties now submit their Stipulation and Order to allow NAS time to file its responsive pleadings.

This is the parties' second request for an extension.

DATED this 10th day of May, 2016.

By: /s/Steven G. Shevorski
Steven G. Shevorski, Esq.
Nevada Bar No. 8256
Akerman, LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: 702-634-5000
Facsimile: 702-380-8572
*Attorney for Plaintiff*

By: /s/Christopher V. Yergensen
Christopher V. Yergensen, Esq.
Nevada Bar No. 6183
Nevada Association Services, Inc.
6224 West Desert Inn Road
Las Vegas, NV 89146
Telephone: 702-804-8885
Facsimile: 702-804-8887
*Attorney for Defendant Nevada Association Services, Inc.*

**IT IS SO ORDERED:**

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**

**DATED:  May 16, 2016**