MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JASON J. ZUMMO, ESQ.
Nevada Bar No. 13995
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  melanie.morgan@akerman.com
Email:  jason.zummo@akerman.com

*Attorneys for Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> ARTESIA OWNERS ASSOCIATION; and NEVADA ASSOCIATION SERVICES, INC., <br><br> Defendants. | Case No.: 2:16-cv-00440-JCM-GWF <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

      Plaintiff Bank of America, N.A. (**BANA**), Artesia Owners Association (**Artesia**), and Nevada Association Services, Inc. (**NAS**), by and through their counsel, hereby stipulate to dismiss all pending claims in this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

. . .

. . .

. . .

. . .

. . .

. . .

The parties further stipulate and agree that each party shall bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED this 6th day of February, 2017.

| **AKERMAN LLP** | **TYSON & MENDES, LLP** |
|---|---|
| /s/ Jason J. Zummo | /s/ Thomas E. McGrath |
| MELANIE D. MORGAN, ESQ. | THOMAS E. MCGRATH, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 7086 |
| JASON J. ZUMMO, ESQ. | 8275 South Eastern Ave., Ste. 115 |
| Nevada Bar No. 13995 | Las Vegas, Nevada 89123 |
| 1160 Town Center Drive, Suite 330 | Telephone: (702) 724-2648 |
| Las Vegas, Nevada 89144 | Email: tmcgrath@tysonmendes.com |
| Telephone: (702) 634-5000 | |
| Facsimile: (702) 380-8572 | *Attorneys for Defendant Artesia Owners Association* |
| Email: melanie.morgan@akerman.com | |
| Email: jason.zummo@akerman.com | |

*Attorneys for Plaintiff Bank of America, N.A.*

**NEVADA ASSOCIATION SERVICES, INC.**

/s/ Chris Yergensen
CHRIS YERGENSEN, ESQ.
Nevada Bar No. 6183
6224 West Desert Inn Road
Las Vegas, Nevada 89146
Telephone: (702) 804-8885
Facsimile: (702) 804-8887
Email: chris@nas-inc.com

*Attorneys for Defendant Nevada Association Services, Inc.*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: February 9, 2017